D/F

DONNA R. NEWMAN, P.A.
ATTORNEY AT LAW
445 PARK AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10022
(TEL): 212-229-1516
(FAX) 212-924-0726
EMAIL: donnanewmanlaw@aol.com

January 12, 2006

*Application granted.*
*So ordered.*
*1/19/06   USDJ*

*cc: Counsel*
*PTSO Ilaria - via*

**VIA ECF AND FIRST CLASS MAIL**
Honorable Allyne R. Ross
United States District Court Judge
United States District Court for the
Eastern District of New York
United States Court House
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: **United States v. Elton Kittrel**
     **Indictment No. 02-891(ARR)**

Dear Judge Ross:

  I write to request an order amending Elton Kittrel's conditions of bail to include removal of home detention and electronic monitoring. Mr. Kittrel has been under home detention since his arrest on August 28, 2002. Currently, Mr. Kittrel's conditions of bail include a daily curfew of 7:00 a.m. to 6:00 p.m. In light of Mr. Kittrel's exemplary compliance with his conditions of bail, Mr. Kittrel does not pose a risk of flight. He does not pose a danger to the community. Therefore, telephone reporting and in-person reporting as directed by Pretrial Services is sufficient to insure his appearance in court. United States Pretrial Services Officer Michael Ilaria consents to this request. Accordingly, we respectfully request that the Court amend Mr. Kittrel's bail conditions to include removal of home detention and electronic monitoring.

Respectfully submitted,

*Donna R. Newman /ad*

Donna R. Newman
DRN/ad
cc: Clerk of the Court
   AUSA Kelly Currie, Esq.-via ECF
   US PTS Officer Michael Ilaria-via facsimile to (718) 260-2633
   Elton Kittrel

C/M